```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF TENNESSEE
                          WESTERN DIVISION
```

| | |
|---|---|
| **GREGORY L. CANNON,** | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   No. 23-cv-02143-SHM-tmp |
| | ) |
| **FEDERAL BUREAU OF PRISONS,** | ) |
| **et al.** | ) |
| | ) |
|     Defendants. | ) |

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order (ECF No. 12), docketed July 11, 2024, dismissing the case with prejudice.  Any appeal in this matter by Movant proceeding in forma pauperis is not taken in good faith.

## APPROVED:

*/s/  Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| *July 11, 2024* | WENDRY R. OLIVER |
| DATE | CLERK |
| | |
| | */s/  Jairo Mendez* |
| | (By) DEPUTY CLERK |